CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff, CHRIS LANGER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　Plaintiff,<br><br>　v.<br><br>IRWIN HOFFMAN, in individual and representative capacity as trustee of The Hoffman Trust dated November 20, 1998; TERRY PODERS HOFFMAN, in individual and representative capacity as trustee of The Hoffman Trust dated November 20, 1998; VIP TIRE AND AUTOMOTIVE, INC., a California Corporation; MEVER KANIZO; and Does 1-10,<br><br>　　　Defendants. | Case No.: 2:20-cv-01778-SVW-AS<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |

　　　The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

　　　The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days.

　　　　　　　　　　　　　　　　　　CENTER FOR DISABILITY ACCESS

Dated: June 16, 2020　　　　　　　/s/ Amanda Lockhart Seabock
　　　　　　　　　　　　　　　　　　Amanda Lockhart Seabock
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Notice of Settlement　　　　　　-1-　　　　　　2:20-cv-01778-SVW-AS