CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br>    Plaintiff,<br>v.<br>IRWIN HOFFMAN, in individual and representative capacity as trustee of The Hoffman Trust dated November 20, 1998; TERRY PODERS HOFFMAN, in individual and representative capacity as trustee of The Hoffman Trust dated November 20, 1998; VIP TIRE AND AUTOMOTIVE, INC., a California Corporation; MEVER KANIZO; and Does 1-10,<br>    Defendants. | **Case:** 2:20-cv-01778-SVW-AS<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(i) |

**PLEASE TAKE NOTICE** that Plaintiff Chris Langer, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Irwin Hoffman; Terry Poders Hoffman; VIP Tire And Automotive, Inc. and Meyer Kanizo has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: August 12, 2020          CENTER FOR DISABILITY ACCESS

                    By:   /s/ Amanda Seabock
                        Amanda Seabock
                        Attorneys for Plaintiff

1